**\*\*E-filed 12/17/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECLAN TREANOR,<br><br>      Plaintiff,<br>  v.<br><br>BAC HOME LOANS SERVICING, LP; and DOES 1-100,<br><br>      Defendants.<br>_____/ | No. C 10-05417 RS<br><br>**ORDER SETTING PRELIMINARY INJUNCTION HEARING, DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND GRANTING PERMISSION TO FILE ELECTRONICALLY** |

    Plaintiff Declan Treanor moves for a temporary restraining order and a preliminary injunction to enjoin defendant from proceeding with a non-judicial foreclosure sale of his primary residence, which he asserts is presently scheduled for January 3, 2011. A hearing on the motion for preliminary injunction shall be held on December 30, 2010 at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Defendant may file any opposition to the motion no later than December 27, 2010. The Court reserves the right to decide the matter without oral argument, pursuant to Civil Local Rule 7-1(b) and will notify the parties in advance if the hearing is vacated. The application for a temporary restraining order is denied as moot.

Additionally, plaintiff's request for permission to file electronically is granted; he may contact the Clerk's Office to obtain the necessary paperwork at 415/522-2000.

IT IS SO ORDERED.

Dated: 12/17/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1
2  **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**
3  **Declan Treanor**
4  2 Colby Street
   San Francisco, CA 94124
5
6  DATED: 12/17/2010
7
8                                          /s/ Chambers Staff
                                            Chambers of Judge Richard Seeborg
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28