United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DECLAN TREANOR, | No. C 10-05417 RS |
| Plaintiff, | **ORDER VACATING AND RESCHEDULING HEARING** |
| v. | |
| BAC HOME LOANS SERVICING, LP; and DOES 1-100, | |
| Defendants. | |

Plaintiff Declan Treanor filed a motion for preliminary injunction to enjoin defendant from proceeding with a non-judicial foreclosure sale of his primary residence scheduled for January 3, 2011. In its opposition to the motion, defendant BAC Home Loans Servicing stated that the trustee's sale has been postponed until February 4, 2011. Accordingly, the hearing on plaintiff's motion for preliminary injunction presently set for December 30, 2010 is vacated and consolidated with the hearing on defendant's motion to dismiss on **January 27, 2011 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

As required by the Court's Civil Local Rule 7-3, plaintiff must file any opposition or statement of nonopposition to defendant's motion to dismiss by January 6, 2011. Plaintiff is informed that he may seek assistance from the Legal Help Center, a free service of the Volunteer

Legal Services Program, by calling 415/782-9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help but not legal representation.

IT IS SO ORDERED.

Dated: 12/28/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Declan Treanor**
2 Colby Street
San Francisco, CA 94124

DATED: 12/28/2010

<u>/s/ Chambers Staff</u>
Chambers of Judge Richard Seeborg