*E-Filed 3/9/11*

RECEIVED
2011 MAR -8 A 10 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DECLAN TREANOR
2 COLBY ST.
SAN FRANCISCO, CA 94124
TEL 415 305 2865

PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

| | |
|---|---|
| DECLAN TREANOR, ) | No. CV-10-05417-RS |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | EXTENDING TIME FOR |
| BAC HOME LOANS SERVICING, LP; ) | PLAINTIFF TO FILE FIRST |
| AND DOES 1 THROUGH 100, ) | AMENDED COMPLAINT |
| Defendants. ) | |

Plaintiff and defendants hereby stipulate that in light of the fact that plaintiff is proceeding In Pro Per and that preparing the first amended complaint is a complicated task, and in light of the fact that the first case management conference has been postponed to July 2011, plaintiff may have an extra 20 days in which to file his First

1

Amended Complaint, so that the First Amended Complaint shall now be due on March 30, 2011 rather than March 10, 2011.

SO STIPULATED

DATE: March 7, 2011

_____
Declan Treanor, Plaintiff In Pro Per

_____
Eric Wallis, Attorney for defendant BAC HOME LOANS SERVICING, LP

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that plaintiff may have an extra 20 days in which to file his First Amended Complaint, so that the First Amended Complaint shall now be due on March 30, 2011 rather than March 10, 2011.

SO ORDERED:

DATE  3/9/11

_____
JUDGE

2

PROOF OR SERVICE

CASE NO.: CV 10-5417 JCS

I am at least 18 years of age, not a party to this action, and I am resident of or employed in the country where the mailing took place.

My residence or business address is:
890 Girard Street,
San Francisco,
CA 94134.

I served a copy of the following documents:

STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

by enclosing them in an envelope AND
depositing the sealed envelope with the United States Postal Service
with the postage fully prepaid.

The envelope was addressed and mailed as follows:
Eric G. Wallis (SBN 67926)
REED SMITH LLP
101 Second Street, Suite 1800,

| | |
|---|---|
| 1 | San Francisco, CA 94105-3659                     Case No.; CV 10-5417 JCS |
| 2 | |
| 3 | Date mailed: Mar 8, 2011 |
| 4 | Place of Mailing: San Francisco, California. |
| 5 | |
| 6 | |
| 7 | I declare under penalty of perjury under the laws of the State of California |
| 8 | that the foregoing is true and correct. |
| 9 | |
| 10 | |
| 11 | Date: March 8th, 2011 |
| 12 | |
| 13 | _Michael Olinger_                                                    _[signature]_ |
| 14 | (Print name)                                                    (Signature) |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |